1  **NOT FOR PUBLICATION**

2

3

4

5

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  Raymond G. Musgrove,                     )     No. CV05-4167-PHX-SRB
                                            )
10            Plaintiff,                     )     **ORDER**
                                            )
11  vs.                                      )
                                            )
12                                           )
   Joseph M. Arpaio,                        )
13                                           )
            Defendant.                      )
14                                           )
_____)

15

16      Plaintiff, Raymond G. Musgrove, filed his Civil Rights Complaint on December 20,

17  2005. On January 9, 2006, this Court issued an order advising Plaintiff to complete and

18  return a service packet for Defendant by January 30, 2006.  On June 5, 2006 the Court issued

19  an order to show cause giving Plaintiff until June 21, 2006 to show cause why this case

20  should not be dismissed for his failure to prosecute.  On June 14, 2006 Plaintiff's copy of the

21  June 5, 2006 order was returned by the Post-Office with the notation "Return to Sender -

22  Released."

23      On June 15 2006, the Magistrate Judge filed his Report and Recommendation

24  recommending that this case be dismissed without prejudice for Plaintiff's failure to

25  prosecute.

26      In his Report and Recommendation the Magistrate Judge advised the parties that they

27  had 10 days from the date of service of a copy of the Report and Recommendation within

28  which to file specific written objections with the Court.   The time to file such objections has

1 since expired and no objections to the Report and Recommendation have been filed.  The

2 Court notes that on June 23, 2006 Plaintiff's copy of the Report and Recommendation was

3 also returned by the Post Office with the notation "Return to Sender - Released ."  Plaintiff

4 has not filed a change of address with the Court.

5       The Court finds itself in agreement with the Report and Recommendation of the

6 Magistrate Judge.

7       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

8 as the order of this Court.

9       IT IS FURTHER ORDERED dismissing this case without prejudice for failure to

10 prosecute.

11       IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

13       DATED this 7th day of July, 2006.

Susan R. Bolton
United States District Judge

- 2 -